UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:   Laron Moore                )
                                    )    Case No. 13-
                                    )    Chapter 13
Debtor(s)                           )

APPLICATION TO PAY FILING FEE IN INSTALLMENTS THROUGH
CHAPTER 13 PLAN

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $155 in installments through my Chapter 13 plan payments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or other person for services in connection with this case.

4. I propose the following terms for payment of the filing fee: the entire balance to be paid through the plan by the Chapter 13 Trustee.

5. I understand that if I fail to pay my filing fee through the plan, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

DATE:  7/23/15                              DEBTOR:/s/ Laron Moore

1                                                              (L.F. 13 Rev. 01/07-A)